IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS GARCIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN VARNER, et al. | : | No. 00-3668 |

ORDER

AND NOW, this 18th day of June, 2014, upon consideration of the petitioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) (Docket No. 23), and the response and reply thereto, IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of law bearing today's date, the petitioner's motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.